UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| BRANDY STOKES-REED, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 1:25-cv-00422-LEW |
| | ) | |
| NOAH NESIN, MD et al., | ) | |
| | ) | |
| Defendants | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION<br>OF THE MAGISTRATE JUDGE**

On November 26, 2025, the United States Magistrate Judge filed with the Court, with a copy to the Plaintiff, her Recommended Decision After Preliminary Review (ECF No. 8) of Plaintiff's pro se Complaint (ECF No. 1) and Emergency Motion for Temporary Restraining Order (ECF No. 4). The plaintiff filed an Objection (ECF No. 9) to the Recommended Decision on December 4, 2025. I have reviewed and considered the Recommended Decision, Plaintiff's Complaint, exhibits, memoranda and declaration, and her Objection, which includes a request for leave to file an amended complaint. In doing so, I have made a *de novo* determination of all matters adjudicated by the Recommended Decision. I concur with the recommendation of the United States Magistrate Judge that Plaintiff's Complaint fails to state a claim for relief under federal law for all the reasons set forth in the Recommended Decision. I further conclude that Plaintiff's motion for leave to amend her complaint is futile because her cause (obtaining a court order compelling Defendants to provide her with "higher-dose Opiate therapy") does not involve a plausible case of discrimination for purposes of the federal anti-discrimination statutes she cites or the deprivation of a right secured by the United States Constitution for purposes of the Civil Rights Act.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby ADOPTED and Plaintiff's Motion to Amend (ECF No. 9/10) is DENIED. Plaintiff's complaint is DISMISSED for failure to state a federal claim. Plaintiff's Motion for Temporary Restraining Order or Preliminary Injunction (ECF No. 4) is DENIED AS MOOT.

**SO ORDERED.**

Dated this 5th day of January, 2026.

    /s/ Lance E. Walker
CHIEF U.S. DISTRICT JUDGE